ANDREW STEFANAK, PETITIONER-PETITIONER, v. INTERNATIONAL PAPER COMPANY, RESPONDENT-RESPONDENT.

On petition for certification to Superior Court, Appellate Division.

*Mr. Louis Winer* for the petitioner.

*Messrs. Stryker, Tams & Horner* and *Mr. John J. Monigan, Jr.,* for the respondent.

September 19, 1955.

VITO FRESOLONE, PLAINTIFF-PETITIONER, v. THE VIKING TOOL & MACHINE CORPORATION, DEFENDANT-RESPONDENT.

On petition for certification to Superior Court, Appellate Division.

*Mr. Michael G. Alenick* for the petitioner.

*Messrs. Gross & Blumberg* and *Mr. Morton Stavis* for the respondent.

September 19, 1955.